

Emmanuel Enyinwa, Esq.
Law Office of Emmanuel Enyinwa
807 Montgomery Street
San Francisco, CA. 94133
415-956-6100
Fax: 415-956-6111
Email: Enyinwalaw@sbcglobal.net

## UNITED STATES DISTRICT COURT
## FOR NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

Ake Peter Gerhard SVENSBORN and
Lisa Ulrika NORGREN

Petitioners,

v.

Alberto Gonzalez, Attorney General of the
United States; Michael Chertoff, Head of the
Department of Homeland Security;
Condoleeza Rice, Secretary of State;
Gottlieb Duwan, Vice Consul, United States
Embassy in Stockholm, Sweeden

Case No. 5003

Hearing Date:
Time:
Hon:

PETITION FOR WRIT OF MANDAMUS;
REQUEST FOR DECLARATIVE AND
INJUNCTIVE RELIEF; REQUEST FOR
ATTORNEY FEES AND COSTS

Plaintiff Ake Peter Gerhard SVENSBORN petitioned for his wife Lisa Ulrika

NORGREN as a derivative in the Diversity visa program. Mr. Svenson himself was

granted Permanent Resident status on May 10, 2007. The only controversy left is that the

US Embassy in Stockholm has willfully refused to adjudicate his wife's visa petition on

time. It is their wish to delay it past the fiscal deadline of September 30, 2007. No other conclusion is reasonable under these circumstances.

The Federal litigation landscape is positively littered with cases where the consuls did exactly that, and the Federal Judges, the United States attorney have shed crocodile tears about how unfortunate the result is that the person, clearly entitled to the benefit, was left without a remedy based on the hard and fast deadline of the diversity visa deadline, and the plenary nature of Congress's immigration authority[1].

There is only one exception that has been carved out by caselaw in this otherwise bleak landscape, and those are those cases where the intended immigrant manages to have a court order directing the agency to adjudicate those petitions before the deadline. In almost all of these cases, the government usually sua sponte adjudicates those petitions, sometimes in as little as one day, leaving the distinct impression that there was never any real legitimate reason why those petitions were not adjudicated in the first place save for the arbitrary and wholly capricious strategy of the Consul to use the

---

[1] See Gebre v. Rice, 462 F. Supp. 2d 186 (D. Mass. 2006) (Almost every court to have analyzed this issue – including the Third and Seventh Circuits – has reached the same result as the Eleventh Circuit in Nyaga. E.g., Coraggioso, 355 F.3d 730 (3d Cir. 2004); Iddir, 301 F.3d 492 (7th Cir. 2002); Lavelle v.United States Dep't Homeland Sec., No. 04-0524, 2004 WL 1975935(N.D. Cal. Sept. 7, 2004); Ticheva v. Ashcroft, 241 F. Supp. 2d 1115 (D. Nev. 2002); Vladagina v. Ashcroft, No. 00-9456, 2002 WL 1162426 (S.D.N.Y. 2000); Diallo, 61 F. Supp. 2d 1361 (N.D. Ga.1999); see also Carriloo-Gonzalez v. Immigration and Naturalization Serv., 353 F.3d 1077 (9th Cir. 2003). Many of these courts have made their rulings in the face of infuriatingly bureaucratic nonfeasance or misfeasance or in excruciating circumstances. See, e.g., Coraggioso, 355 F.3d at 734-35 ("The equities of the situation clearly give us pause. Having lived in the United States since the age of four, [the plaintiff] is more truly American than Italian. He is neither a criminal nor a burden on society. In addition, it appears [the plaintiff] would have been entitled to a diversity visa . . . if the INS had performed its statutorily mandated duty and timely adjudicated his parents' [Diversity Visa] Program applications. . . . [The plaintiff] will be forced to leave behind his family, friends and the only life he can remember.").

deadline as a means to impose an insurmountable obstacle to winners of the diversity lottery.

Virtually all the facts and correspondence in this case—which have been voluminous—can only lead even the casual observer to conclude that there is nothing standing in the way of an adjudication of the petition, and that the decision of the Consul to delay the adjudication cannot reasonably be attributed to any legitimate reason. For this reason, Petitioner and his wife bring this mandamus action to accomplish either of two goals:

First, Petitioners believe that the Consul, based on their last email to Petitioner's attorney, have finished all the steps necessary to adjudicate the petition, and can and should decide it before the deadline of midnight of December 30, 2007.

In the alternative, should the Consul indicate any other reason why they could not complete the adjudication, a writ of mandamus from this Court arguable preserves for Plaintiffs a Court order they can use to compel adjudication of their visa petition, even after the deadline of September 30, 2007 passes. In fact, this is the practice of several circuit judges, a practice that has been commended in several published decisions.

When one weighs the equities in the situation, there simply is no possible reason not to grant the writ under the peculiar facts of this case. Petitioners have been diligent, in fact, they have been exceptional in their diligence. The voluminous emails, attached as exhibit 1 in this case, point out the tremendous lengths they have gone to to get their petition processed on time.

Petitioners have a very clear goal of family unification, a goal that will be lost forever, if this mandate does not issue. Conversely, the Consul has zero burden on it if this mandate

issues. It can—and should—simply adjudicate the petition, which it can, by the deadline of Sunday, December 30, 2007, or it can, pursuant to the mandate, adjudicate it after the deadline passes, using the Order of the Court as the impetus to do so. In either situation, Petitioners would have a right conferred upon them by Congress validated, while the Consul would fulfill its ministerial duty to Petitioners. The equities, then, by even the most niggardly construction of that term, resides with Petitioners.

The refusal of the defendant Immigration Service to accept and adjudicate plaintiff's application is a violation of INS regulations; a violation of the Immigration and Nationality Act (``INA'') and the Congressional intent in enacting the INA; a violation of the Administrative Procedures Act (``APA''); and a violation of the due process rights of the Petitioners.

## JURISDICTION

This court has jurisdiction over this lawsuit pursuant to 28 U.S.C. 2201 (jurisdiction to render declaratory judgments); 28 U.S.C. 1361 (mandamus jurisdiction); and 28 U.S.C. 1331 (jurisdiction of civil actions arising under the Constitution and laws of the United States).

## VENUE

Venue lies in the Northern District of California because Plaintiff Svensborn lives in this Judicial District, to wit, Palo Alto. It is also the intended resident of his wife, Norgren. At least one of the Defendants also reside in this District.

**PARTIES**

The Plaintiff Ake Peter Gerhard SVENSBORN is a Legal Permanent Resident of the United States, and his wife Lisa Ulrika NORGREN is a citizen of Sweeden. She is eligible to receive LPR status under the Immigration and Nationality Act, and he has filed an application for adjustment of status under INA 245, 8 U.S.C. 1255 pursuant to her derivative status as the wife of a diversity lottery winner.

Defendant Alberto Gonzalez is the Attorney General of the United States and head of the agency charged with implementing the Immigration and Nationality Act, and the agency which has refused to adjudicate the application submitted by the plaintiffs. Defendant Gonzalez is sued in his official capacity.

Defendant Michael Chertoff is the Director of the Department of Homeland Security. He is responsible for implementing immigration laws and regulations, including the provisions at issue in this lawsuit, in this INS district. Defendant Chertoff is sued in his official capacity.

Defendant Condoleeza Rice is head of the United States Department of State. This is the agency charged with the issuance of visas. She is sued in her official capacity. Defendant Gottlieb Duwon is the Vice Consul of the United States Embassy in Stockholm. He is the person directly responsible for the issuance of visas in the Embassy. He is sued in his official capacity.

## STATEMENT OF FACTS

Mr. Svensborn learned that he had "won" the DV2007 diversity lottery in late May 2006. The diversity visa lottery program provides that 50,000 visas will be distributed to countries with low US immigration, in order to "diversify" the immigration into the US. However, the program requires that the visa be issued during a particular fiscal year. It is *not* possible to immigrate after the end of the fiscal year in which one has been selected. So, the visas must be issued no later than midnight on September 30, 2007.

Mr. Svensborn was an F1 nonimmigrant student in the United States when he had been selected for the DV2007 program. His longtime Swedish girlfriend of 6+ years, Lisa Norgren, was visiting him in the US., having arrived in April 2006. Both of them were 31 years old and realized they needed to decide their future. After careful consideration they decided they wanted to remain together in the U.S. They planned a destination wedding in Las Vegas in September 2006. Ms. Norgren stayed in the US with her husband until December 2006, when she left to prepare for immigrant visa processing through the US embassy in Stockholm. Her husband, Mr. Svensborn, remained in the US to complete his US studies, and to process for an immigrant visa in the US. He did process for his visa in

why late?

the US on May 10, 2007. He was in the F1 status, thus he was allowed him to adjust while in the US. His wife, on the other hand, was in the US as a visitor and could not adjust status in the US, but rather only through the US embassy in Stockholm.

After considerable delays caused by various government agencies, Ms. Norgren attended an immigrant visa interview at the US embassy in Stockholm on August 16, 2007. On that date the embassy requested extra documentation (wedding photos, lease with spouse, updated Swedish tax agency status)-all of which she provided in less than one week. The consul continued to delay and finally Petitioners learned that they wished to interview Ms. Norgren's husband and father. They immediately arranged for those to take place- and they did take place the week of September 10, 2007. Petitioners have been requesting a decision on a daily basis. After 5 full business days passed, they finally received an email from the Vice Consul stating that the visa cannot be processed for administrative processing purposes. She has submitted all of the necessary papers, and clearly qualifies as a derivative spouse. The embassy is delaying issuance of the visa without an articulated reason.

Plaintiffs have exhausted all administrative remedies that are available to them.

## CAUSE OF ACTION

It is well settled that this Court has jurisdiction to issue a writ of mandamus directing a federal agency to perform a clear ministerial duty owed to similarly situated Petitioners. District courts have mandamus jurisdiction "to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28

U.S.C. § 1361. Mandamus relief will be granted if the plaintiff can demonstrate that three enumerated conditions are present: (1) a clear right to the relief sought; (2) that the defendant has a duty to do the act in question; and (3) no other adequate remedy is available. Nyaga v. Ashcroft, 323 F.3d 906, 911 (11th Cir. 2003) (citing Heckler v.Ringer, 466 U.S. 602, 617 (1984)).

Congress instituted the Diversity Visa Program in 1990. Each year, this program provides visas to individuals from countries historically low in immigration admissions to the United States.8 U.S.C. § 1153. These are known as "diversity visas." A total of 55,000 visas are allotted to the program annually. 8 U.S.C. § 1151(e). In order to distribute these visas, the Department of State holds a "lottery" each summer for those who have petitioned to be considered for a diversity visa. 22 C.F.R. § 42.33(c) (implementing 8 U.S.C. § 1154(a)(1)(a)).

"Winners" of the lottery are then eligible formally to apply for citizenship. Id. Selection as a "lottery winner", however, does not ensure that the applicant will receive a visa. The total number of lottery winners exceeds the number of diversity visas available (approximately 100,000 lottery winners for the 55,000 visas). Therefore, a lottery winner obtains only the right to apply to receive a visa through the Diversity Visa Program. Once selected to participate in the program, petitioners must submit numerous documents and undergo an extensive background review.

If an applicant obtains the right to apply for a visa under the program, that applicant's spouse and children under the age of twenty-one are entitled to the same status as the applicant as well. 8 U.S.C. § 1153(d).

Here, as demonstrated above, Petitioners have complied with all the requirements of the Diversity Lottery. They have provided all the documents requested; they have presented themselves for interview when requested by the embassy. They have provided the female Petitioner's parents for interview on September 10, 2007, and according to the last email from Defendant Duwan (Exhibit 1), the background checks have been completed. In short, the Vice Consul articulated no particular reason why the petition could not be adjudicated by the September 30, 2007 deadline. In fact, his last email of Wednesday, September 26, 2007 merely states as follows:

"I am not in a position to elaborate on the details of the remaining administrative processing. However, as you are well aware, the issuance of immigrant visas, including diversity visas, involves coordination among multiple U.S. Government agencies. Embassy Stockholm cannot adjudicate this visa until administrative processing by all federal agencies involved in the case has been completed. The Embassy is therefore also not in a position to accelerate adjudication meet a deadline." (Exhibit 1A)

In other words, there simply is no clear reason why this petition could not be adjudicated before the deadline. About the only plausible reason why the processing of the case could have been delayed is the fact that this was a "pop-up" marriage, defined as a marriage that took place after the diversity visa winner receives notification of his visa approval. Such a marriage ordinarily raises a "fraud flag", and is normally investigated to determine the bona fides. This investigation is normally done by the request of additional documents, the interviewing of family members, and the examination of documents. All this was performed by September 10, 2007. In fact, the Embassy went to the extraordinary lengths of demanding the phone numbers of Petitioner's parents, and they

were interviewed by the embassy. In short, there is nothing in the record that suggests

there is any more reason to suspect fraud in this marriage than in the myriad of marriages

that took place between diversity lottery winners.

Significantly, "pop-up" marriages and their potential for fraud has been the subject

of a study by the Government Accounting Office, (available at

http://www.gao.gov/new.items/d071174.pdf), and they issued a lengthy report outlining the

Embassies that had high incidents of fraud in diversity lottery adjudications. There is

nothing in that report that even remotely suggests that the Embassy in Sweden had

anything but the lowest incidents of fraud. If there is anything about this application that

even suggests that the Embassy believes this particular marriage is not bona fide, they

have done a good job of not articulating it. It leaves the clear and inescapable conclusion

that such reasons do not exist. Under these circumstances, then, this Court should issue a

writ of mandate directing the Vice Consul to adjudicate the visa petition by the deadline

of midnight December 30, 2007.

In Gebre, supra, the United Stated District Court for Massachussets wrote as

follows:

> In his complaint, Gebre cites several cases in which the district court, in
> fact, did grant mandamus relief. See Gebre's Opp'n to Defs.' Mot. to
> Dismiss [Doc. No. 10], at 8-9 (citing Przhebelskaya v. United States
> Bureau of Citizenship & Immigration Servs., 338 F. Supp. 2d 399
> (E.D.N.Y. 2004); Paunescu v. Immigration and Naturalization Serv., 76 F.
> Supp. 2d 896 (N.D.Ill. 1999); Marcetic v. Immigration and Naturalization
> Serv., No.97-7018, 1998 WL 173129 (N.D. Ill. Apr. 6, 1998)); see also
> Kobzev v. United States Immigration and Naturalization Serv., No.00 C
> 4576, 2001 WL 12011 (N.D. Ill. Jan. 4, 2001). In three of these cases,
> however -- Paunescu, Kobzev and Przhebelskaya -- the plaintiffs filed their
> federal lawsuit before the fiscal year had ended. They had each convinced
> the district court to issue a writ of mandamus while the Government still
> had time to review their application and issue a diversity visa. True, in

some of these cases the Government did not do so before the end of the fiscal year, yet this is only marginally relevant. A court has inherent power to have its orders followed. <u>United States v. Hudson</u>, 11 U.S. (7 Cranch) 32, 34 (1812). Only in <u>Marcetic</u> did the plaintiff fail to file his lawsuit before the end of the fiscal year. 1998 WL 173129, *1. There, however, a hearing officer had ordered the INS to issue the visa within the requisite time, and the district court merely was giving effect to that executive decision. Id. <u>Marcetic</u> is the only such case. Moreover, it is one of the earliest cases on the topic and was issued in a circuit that since has clearly rejected its approach. See <u>Iddir</u>, 301 F.3d 492 (7th Cir. 2002).

*Paunescu, Kobzev and Przhebelskaya demonstrate the best means for diversity visa applicants to force the Government to adjudicate their applications before the fiscal year is out.*

Id., 462 F. Supp. 2d 186, 195.

## REQUEST FOR RELIEF

Plaintiffs requests the following relief:

An order requiring the Immigration Service to accept and adjudicate, on or before midnight September 30, 2007, the application for adjustment of status filed by Plaintiff Norgren.

An order declaring INS's actions and INS's failure to adjudicate Plaintiff's applications to be unlawful and in contempt of the Order of this Court;

An order that Plaintiffs' application for adjustment of status be approved;

An award to the Plaintiff of attorney's fees and the costs involved in bringing this lawsuit; and

Such other relief as is just and reasonable.

Dated this 27th day of September 2007.

Emmanuel Enyinwa, Esq.
Attorney for Plaintiffs

Case 3:07-cv-05003-TEH    Document 1    Filed 09/27/2007    Page 13 of 37

AT&T Yahoo! Mail - enyinwalaw@sbcglobal.net                                                      Page 1 of 7



Search:                                                    **Web Search**

Welcome, **enyinwalaw@sbcglo...**         Mail Home  All-New Mail  Tutorials    Help
[Sign Out, Member Center]



**Mail**    **Addresses**    **Calendar**    **Notepad**               **Mail For Mobile - Mail Upgrades - Options**

| **Check Mail** | **Compose** |                          **Search Mail** | **Search the Web** |

A card in 3 days
for bad credit*                          Previous | Next | Back to Messages

**Folders**    [Add - Edit]               | **Delete** | **Reply** ▾ | **Forward** ▾ | **Spam** | **Move...** ▾ |

**Inbox (505)**                           This message is not flagged. [ Flag Message - Mark as Unread ]            Printable Vie

Draft                         **Date:**    Wed, 26 Sep 2007 14:26:52 -0700 (PDT)

Sent                          **From:**    ☺ "Ellen Krengel" <ekrengel@yahoo.com>  📇 Add to Address Book  📱 Add Mobile Alert

**Bulk (397)** [Empty]                     Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

Trash      [Empty]            **Subject:**  ✉ Fwd: RE: FW: 2007EU00002578

                              **To:**      enyinwalaw@sbcglobal.net

**Search Shortcuts**          Note: forwarded message attached.

My Photos

My Attachments

Netflix                       **Forwarded Message** [ Download File ]
Try for Free!
                              **Subject:**  RE: FW: 2007EU00002578

Netflix                       **Date:**    Wed, 19 Sep 2007 14:50:19 -0400
Try for Free!
                              **From:**    "Divine, Robert" <rdivine@bakerdonelson.com>
Online Degree
Programs                      **To:**      "Ellen Krengel" <ekrengel@yahoo.com>

$300,000 Mortgage             **CC:**      rdeasy@aila.org
Only $965/Month!
                              **Plain Text Attachment** [ Scan and Save to Computer ]

                              Please know that I don't discourage use of lawsuit if you deem

necessary.  No word from CA-VO from my ping on this yesterday.

-----Original Message-----
From: Ellen Krengel [mailto:ekrengel@yahoo.com]
Sent: Wednesday, September 19, 2007 2:42 PM
To: Duwan, Gottlieb J
Cc: Divine, Robert
Subject: RE: FW: 2007EU00002578

Dear Sir,
Please advise us immediately if you require any further documentation
 in
connection with the above-referenced matter.  As you know, the DV2007
program ends at the end of September 2007.
We believe that Ms. Norgren is eligible for DV derivative status,
pursuant to 9FAM42.33Note6.6 (attached).  We submit that she has
provided all of the required and requested information.  In addition,
 we
believe that your staff conducted the requested phone interviews with
the applicant's husband and father.
We urge you to issue the visa without further delay.
PLEASE RESPOND and advise if, and when, you intend to issue the visa.
We appreciate your immediate attention in this matter.
Kind regards,
Ellen Krengel
--- "Duwan, Gottlieb J" <DuwanGJ@state.gov> wrote:

> Dear Ms. Krengel,
>
> In order to conclude our investigation as quickly as possible, plea

> contact Mr. Svensborn and ask him to call us at 07:00 PST on +46 8
 783

> 5425.  This is a direct line to the the staff member who will condu

> the phone interview.  Please also contact Mrs.
> Norgren's parents and ask
> them to call us at the same number at 15:30 local time in Sweden.
>
> Sincerely,
>
> Gottlieb Duwan
> Vice Consul
> U.S. Emabssy Stockholm
>
>       _____

```
>
> From: ekrengel@yahoo.com [mailto:ekrengel@yahoo.com]
>
> Sent: Friday, September 07, 2007 12:18 PM
> To: Duwan, Gottlieb J
> Cc: Legal, Net; Edson, Tony A; Hahn, Luisa M
> Subject: RE: FW: 2007EU00002578
>
>
>
> Dear Sir,
> Thank you for confirming that you have received ALL of the items yo
> requested on OF194. Please note that ,I call Mr.
> Svensborn regularly on
> his mobile phone 650-921-1317, so I know that it is "a working
> telephone number." This exact phone number was also provided for hi
> on Ms.
> Norgren's form DS230 part I, previously submitted.
> He just started a new
> job recently, I don't believe that I have that phone number. I can
 ask

> him for it, and get it to you soon. But, it's probably best if any
> personal calls are made to his personal mobile.
> As you know, this DV2007 case must be adjudicated quickly, if Ms.
> Norgren, the following to join spouse is to enter the US before the
> end of this month, and the sunset of the DV2007 program.
> We urge you to
> adjudicate the case immediately, to prevent a catastrophe (read:
> international separation) for the young couple.
> By way of background, on Aug 16, your e! mbassy gave Ms. Norgren an
> OF194 asking for additional items relating to her marriage, in
> addition to the US marriage certificate had been submitted
 previously.

> That OF194 did NOT include a request for any additional family
> member's phone numbers. Ms. Norgren diligently assembled and mailed
> the requested items to the embassy within a week. To follow-up, I
> faxed the embassy on Aug 23, to ask if any additional items were
> needed. The very next day I received a fax from the embassy with th
> exact same
> OF194 dated Aug 16
> that my client had been given in hand on Aug 16, and to which she h

> responded. At my direction, my client sent another copy of the item
> previously sent along with some additional documents that she had
> received from her husband in CA,(photos, cards, US lease, Swedish t
```

> registry) .
>
> In addition to those items, I just provided you Mr.
> Svensborn's mobile
> phone number (previously provided) above. I can't seem to find a
 phone

> number in my fil! e for Lisa's parents, although I do have one for
> Lisa.
> Nevertheless, it seems that at least one employee at the embassy ha
> obtained the number of her parents, her former employers ,her husba

> and others, and has been calling them repeatedly.
> Apparently this
> Swedish national, employed by the embassy. has been calling and
> leaving threatening, upsetting and inappropriate messages in the
> Swedish language for Lisa, her parents, husband and former employer

> Evidently this employee often calls the family at impossible times
> (when he should know that he won't be able to reach the person he's
> calling). For example, Lisa's husband, Peter Svensborn received a
> voice mail message (in the VERY early morning hours last Friday whi

> he slumbered. N.B.
> Lisa told me that his mobile phone doesn't even work in his bedroom
> so she text messages him). The caller did not leave a phone number

> which he could be reached, but rather a fax number. The voice mails
> left for Lisa are upsetting as the caller states threaten that she
> will not be able to joi! n her husband in the US.
> In more than 17 years of immigration practice (including a
> considerable amount of consular work), I've never seen this type of
> investigation, even in connection with an I130 filing (where this
 type

> of investigation is arguably justified). In fact, since the OF194 s

> out clear requirements requesting certain documents - which were
> quickly provided, we found these extracurricular calls confusing, a

> upsetting. For that reason, and due to the 9 hour time difference
> between Sweden and California), we believe that it is preferable to
> receive written corresponence to satisfy any 221(g) issue directly
> from an American consular officer, and not an FSN via phone.
> Furthermore, we believe it
> is particularly inappropriate to contact Ms.
> Norgren's former employers

> from 2005, particularly as Ms. Norgren did not and currently does n

> maintain a personal relationship with these former employers. In th

> way we can properly prepare a respons! e to fully satisfy your
> request.
> Nonetheless, if you, or another Vice Consul, would like to speak to
> Ms.
> Norgren and/or Mr., Svensborn, I'd be happy to facilitate a
conference

> call, although I must suggest, that given the time difference, and
the

> embassy's working hours, it might make sense to email instead.
> We submit that Ms. Norgren and her husband HAVE provided additional
> information to "prove" their relationship, ie. a valid US marriage
> certificate, photos over a 7 yr period, wedding photos, a US lease,
> valentine cards and emails. They've known each other since 1999, we

> legally married in the US in September 2006, and are eager to be
> together. Although he misses Lisa Norgren immensely, Mr. Svensborn
> told me just last week that he's happy to be married and is hoping

> celebrate his anniversary with Lisa soon in the US.
> We submit that Ms. Norgren is eligible to immigrate as an FTJ DV200
> spouse. We respectfully request that you issue her a visa to
immigrate

> to join her husband in CA without further delay.
> We! appreciate your immediate attention in this matter. Please let

> know if we can be of further assistance.
> --- "Duwan, Gottlieb J" wrote:
>
> > Dear Ms. Krengel,
> >
> > I have reviewed the file and post has received the
>
> > Extract from the
> > Population Register as well as documents requested
>
> > pertaining to the
> > relationship between Mrs. Norgren and the
> principal
> > applicant. However,
> > we have requested and not yet received working telephone numbers

```
for

> > Mrs. Norgren's parents and husband.
> >
> > Sincerely,
> >
> > Gottlieb Duwan
> > Vice Consul
> > US Embassy Stockholm
> >
> > -----Original Message-----
> > From: Legal, Net
> > Sent: Thursday, September 06, 2007 4:15 PM
>
=== message truncated ===
```

```
**********************************************************************
Under requirements imposed by the IRS, we inform you that,
if any advice concerning one or more U.S. federal tax issues is
 contained
in this communication (including in any attachments and, if this
 communication is by email,
then in any part of the same series of emails), such advice was not
 intended
or written by the sender or by Baker, Donelson, Bearman, Caldwell &
 Berkowitz, PC to be used,
and cannot be used, for the purpose of (1) avoiding penalties under t
 Internal Revenue Code or
(2) promoting, marketing or recommending to another party any
 transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client
 communication that is privileged at law.
It is not intended for transmission to, or receipt by, any unauthoriz
 persons. If you have received this
electronic mail transmission in error, please delete it from your
 system without copying it, and notify the
sender by reply e-mail, so that our address record can be corrected.
**********************************************************************
```

Delete | Reply ∨ | Forward | Spam | Move... ∨

Previous | Next | Back to Messages                    Save Message Text | Full Header

Check Mail | Compose                                  Search Mail | Search the Web

AT&T Yahoo! Mail - enyinwalaw@sbcglobal.net

Copyright 2007 © Yahoo! Inc.  Privacy Policy | Terms of Service | Send Feedback | Help

AT&T Yahoo! Mail - enyinwalaw@sbcglobal.net

AT&T Yahoo! Mail

Search: [                    ]    **Web Search**

≋ at&t  **YAHOO!** MAIL Classic

Welcome, **enyinwalaw@sbcglo...**
[Sign Out, Member Center]

Mail Home  All-New Mail  Tutorials    Help

ORCHARD BANK
5550 0000 0000
···· ·····

*The best card for people
with bad credit.*

**ORCHARD BANK**
*Apply Now →*

| **Mail** | **Addresses** | **Calendar** | **Notepad** | **Mail For Mobile - Mail Upgrades - Options** |

[ **Check Mail** ]  [ **Compose** ]    [                    ]    [ **Search Mail** ]  [ **Search the Web** ]

See your credit
score - free

**Folders**    [Add - Edit]
  **Inbox (505)**
  Draft
  Sent
  **Bulk (397)**  [Empty]
  Trash    [Empty]

**Search Shortcuts**
  My Photos
  My Attachments

Netflix
Try for Free!

Netflix
Only $4.99/mo.

Online Degree
Programs

$300,000 Mortgage
Only $965/Month!

Previous | Next | Back to Messages

[ **Delete** ]  [ **Reply** ▾ ]  [ **Forward** ▾ ]  [ **Spam** ]  [ **Move...** ▾ ]

This message is not flagged. [ Flag Message - Mark as Unread ]            Printable Vie

**Date:**    Wed, 26 Sep 2007 14:26:52 -0700 (PDT)

**From:**    "Ellen Krengel" <ekrengel@yahoo.com>  📇 Add to Address Book  📱 Add Mobile Alert
         Yahoo! DomainKeys  has confirmed that this message was sent by yahoo.com. **Learn more**

**Subject:**  Fwd: RE: FW: 2007EU00002578

**To:**    enyinwalaw@sbcglobal.net

Note: forwarded message attached.

**Forwarded Message** [ Download File ]

**Subject:**  RE: FW: 2007EU00002578

**Date:**    Wed, 19 Sep 2007 14:50:19 -0400

**From:**    "Divine, Robert" <rdivine@bakerdonelson.com>

**To:**    "Ellen Krengel" <ekrengel@yahoo.com>

**CC:**    rdeasy@aila.org

**Plain Text Attachment** [ Scan and Save to Computer ]

Please know that I don't discourage use of lawsuit if you deem

Case 3:07-cv-05003-TEH    Document 1    Filed 09/27/2007    Page 21 of 37

AT&T Yahoo! Mail - enyinwalaw@sbcglobal.net                                    Page 2 of 7

necessary.  No word from CA-VO from my ping on this yesterday.

-----Original Message-----
From: Ellen Krengel [mailto:ekrengel@yahoo.com]
Sent: Wednesday, September 19, 2007 2:42 PM
To: Duwan, Gottlieb J
Cc: Divine, Robert
Subject: RE: FW: 2007EU00002578

Dear Sir,
Please advise us immediately if you require any further documentation
 in
connection with the above-referenced matter.  As you know, the DV2007
program ends at the end of September 2007.
We believe that Ms. Norgren is eligible for DV derivative status,
pursuant to 9FAM42.33Note6.6 (attached).  We submit that she has
provided all of the required and requested information.  In addition,
 we
believe that your staff conducted the requested phone interviews with
the applicant's husband and father.
We urge you to issue the visa without further delay.
PLEASE RESPOND and advise if, and when, you intend to issue the visa.
We appreciate your immediate attention in this matter.
Kind regards,
Ellen Krengel
--- "Duwan, Gottlieb J" <Duwan@state.gov> wrote:

> Dear Ms. Krengel,
>
> In order to conclude our investigation as quickly as possible, plea

> contact Mr. Svensborn and ask him to call us at 07:00 PST on +46 8
 783

> 5425.  This is a direct line to the the staff member who will condu

> the phone interview.  Please also contact Mrs.
> Norgren's parents and ask
> them to call us at the same number at 15:30 local time in Sweden.
>
> Sincerely,
>
> Gottlieb Duwan
> Vice Consul
> U.S. Emabssy Stockholm
>
>   ____

Case 3:07-cv-05003-TEH    Document 1    Filed 09/27/2007    Page 22 of 37

AT&T Yahoo! Mail - enyinwalaw@sbcglobal.net                                    Page 3 of 7

```
>
> From: ekrengel@yahoo.com [mailto:ekrengel@yahoo.com]
>
> Sent: Friday, September 07, 2007 12:18 PM
> To: Duwan, Gottlieb J
> Cc: Legal, Net; Edson, Tony A; Hahn, Luisa M
> Subject: RE: FW: 2007EU00002578
>
>
>
> Dear Sir,
> Thank you for confirming that you have received ALL of the items yo
> requested on OF194. Please note that ,I call Mr.
> Svensborn regularly on
> his mobile phone 650-921-1317, so I know that it is "a working
> telephone number." This exact phone number was also provided for hi
> on Ms.
> Norgren's form DS230 part I, previously submitted.
> He just started a new    ..
> job recently, I don't believe that I have that phone number. I can
 ask

> him for it, and get it to you soon. But, it's probably best if any
> personal calls are made to his personal mobile.
> As you know, this DV2007 case must be adjudicated quickly, if Ms.
> Norgren, the following to join spouse is to enter the US before the
> end of this month, and the sunset of the DV2007 program.
> We urge you to
> adjudicate the case immediately, to prevent a catastrophe (read:
> international separation) for the young couple.
> By way of background, on Aug 16, your e! mbassy gave Ms. Norgren an
> OF194 asking for additional items relating to her marriage, in
> addition to the US marriage certificate had been submitted
 previously.

> That OF194 did NOT include a request for any additional family
> member's phone numbers. Ms. Norgren diligently assembled and mailed
> the requested items to the embassy within a week. To follow-up, I
> faxed the embassy on Aug 23, to ask if any additional items were
> needed. The very next day I received a fax from the embassy with th
> exact same
> OF194 dated Aug 16
> that my client had been given in hand on Aug 16, and to which she h

> responded. At my direction, my client sent another copy of the item
> previously sent along with some additional documents that she had
> received from her husband in CA, (photos, cards, US lease, Swedish t
```

> registry) .
>
> In addition to those items, I just provided you Mr.
> Svensborn's mobile
> phone number (previously provided) above. I can't seem to find a
 phone

> number in my fil! e for Lisa's parents, although I do have one for
> Lisa.
> Nevertheless, it seems that at least one employee at the embassy ha
> obtained the number of her parents, her former employers ,her husba

> and others, and has been calling them repeatedly.
> Apparently this
> Swedish national, employed by the embassy. has been calling and
> leaving threatening, upsetting and inappropriate messages in the
> Swedish language for Lisa, her parents, husband and former employer

> Evidently this employee often calls the family at impossible times
> (when he should know that he won't be able to reach the person he's
> calling). For example, Lisa's husband, Peter Svensborn received a
> voice mail message (in the VERY early morning hours last Friday whi

> he slumbered. N.B.
> Lisa told me that his mobile phone doesn't even work in his bedroom
> so she text messages him). The caller did not leave a phone number

> which he could be reached, but rather a fax number. The voice mails
> left for Lisa are upsetting as the caller states threaten that she
> will not be able to joi! n her husband in the US.
> In more than 17 years of immigration practice (including a
> considerable amount of consular work), I've never seen this type of
> investigation, even in connection with an I130 filing (where this
 type

> of investigation is arguably justified). In fact, since the OF194 s

> out clear requirements requesting certain documents - which were
> quickly provided, we found these extracurricular calls confusing, a

> upsetting. For that reason, and due to the 9 hour time difference
> between Sweden and California), we believe that it is preferable to
> receive written corresponence to satisfy any 221(g) issue directly
> from an American consular officer, and not an FSN via phone.
> Furthermore, we believe it
> is particularly inappropriate to contact Ms.
> Norgren's former employers

Case 3:07-cv-05003-TEH    Document 1    Filed 09/27/2007    Page 24 of 37

· AT&T Yahoo! Mail - enyinwalaw@sbcglobal.net                                    Page 5 of 7

> from 2005, particularly as Ms. Norgren did not and currently does n

> maintain a personal relationship with these former employers. In th

> way we can properly prepare a respons! e to fully satisfy your
> request.
> Nonetheless, if you, or another Vice Consul, would like to speak to
> Ms.
> Norgren and/or Mr., Svensborn, I'd be happy to facilitate a
 conference

> call, although I must suggest, that given the time difference, and
 the

> embassy's working hours, it might make sense to email instead.
> We submit that Ms. Norgren and her husband HAVE provided additional
> information to "prove" their relationship, ie. a valid US marriage
> certificate, photos over a 7 yr period, wedding photos, a US lease,
> valentine cards and emails. They've known each other since 1999, we

> legally married in the US in September 2006, and are eager to be
> together. Although he misses Lisa Norgren immensely, Mr. Svensborn
> told me just last week that he's happy to be married and is hoping

> celebrate his anniversary with Lisa soon in the US.
> We submit that Ms. Norgren is eligible to immigrate as an FTJ DV200
> spouse. We respectfully request that you issue her a visa to
 immigrate

> to join her husband in CA without further delay.
> We! appreciate your immediate attention in this matter. Please let

> know if we can be of further assistance.
> --- "Duwan, Gottlieb J" wrote:
>
> > Dear Ms. Krengel,
> >
> > I have reviewed the file and post has received the
>
> > Extract from the
> > Population Register as well as documents requested
>
> > pertaining to the
> > relationship between Mrs. Norgren and the
> principal
> > applicant. However,
> > we have requested and not yet received working telephone numbers

for

> > Mrs. Norgren's parents and husband.
> >
> > Sincerely,
> >
> > Gottlieb Duwan
> > Vice Consul
> > US Embassy Stockholm
> >
> > -----Original Message-----
> > From: Legal, Net
> > Sent: Thursday, September 06, 2007 4:15 PM
>
=== message truncated ===


***********************************************************************
Under requirements imposed by the IRS, we inform you that,
if any advice concerning one or more U.S. federal tax issues is
 contained
in this communication (including in any attachments and, if this
 communication is by email,
then in any part of the same series of emails), such advice was not
 intended
or written by the sender or by Baker, Donelson, Bearman, Caldwell &
 Berkowitz, PC to be used,
and cannot be used, for the purpose of (1) avoiding penalties under t
 Internal Revenue Code or
(2) promoting, marketing or recommending to another party any
 transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client
 communication that is privileged at law.
It is not intended for transmission to, or receipt by, any unauthoriz
 persons. If you have received this
electronic mail transmission in error, please delete it from your
 system without copying it, and notify the
sender by reply e-mail, so that our address record can be corrected.
***********************************************************************


| Delete | Reply → | Forward ⌄ | Spam | Move... ▾ |

Previous | Next | Back to Messages                    Save Message Text | Full Header

| Check Mail | Compose |                              | Search Mail | Search the Web |

Copyright 2007 © Yahoo! Inc.  Privacy Policy | Terms of Service | Send Feedback | Help

at&t YAHOO!
MAIL Classic

Search: [ ]   Web Search

Welcome, enyinwalaw@sbcglo...
[Sign Out, Member Center]

Mail Home   All-New Mail   Tutorials   Help

FLY 3 GET 1 FREE
Now through December 31, 2007,
purchase three roundtrips for yourself
at southwest.com for travel within the state
of California, and fly by December 31, 2007.
Additional taxes, fees, and conditions apply.

SOUTHWEST.COM'
BOOK NOW

**Mail**   Addresses   Calendar   Notepad      Mail For Mobile - Mail Upgrades - Options

Check Mail   Compose      Search Mail   Search the Web

See your credit
score - free

Folders   [Add - Edit]
**Inbox (504)**
Draft
Sent
**Bulk (397)**   [Empty]
Trash   [Empty]

**Search Shortcuts**
My Photos
My Attachments

Netflix
Try for Free!

Netflix
Only $4.99/mo.

Online Degree
Programs

$300,000 Mortgage
Only $965/Month!

Previous | Next | Back to Messages

Delete   Reply ▾   Forward ▾   Spam   Move... ▾

This message is not flagged. [ Flag Message - Mark as Unread ]      Printable View

| | |
|---|---|
| **Date:** | Wed, 26 Sep 2007 14:22:42 -0700 (PDT) |
| **From:** | "Ellen Krengel" <ekrengel@yahoo.com>   ⬚ Add to Address Book   ⬚ Add Mobile Alert |
| | Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more |
| **Subject:** | Fwd: 2007EU00002578 |
| **To:** | enyinwalaw@sbcglobal.net |

Note: forwarded message attached.


**Forwarded Message** [ Download File ]

| | |
|---|---|
| **Subject:** | 2007EU00002578 |
| **Date:** | Thu, 20 Sep 2007 12:06:18 -0400 |
| **From:** | "Legal, Net" <LegalNet@state.gov> |
| **To:** | ekrengel@yahoo.com |

**Plain Text Attachment** [ Scan and Save to Computer ]


Dear Ms. Kringel:

Case 3:07-cv-05003-TEH    Document 1    Filed 09/27/2007    Page 28 of 37

I understand you have again contacted the Visa Office with regard to Ms.
Norgren's Diversity visa application.  Legal Net has just sent an
inquiry to post to ascertain status of the application.  We'll contac
you as we receive a response.

LMH
Legal Net
Visa Office
Department of State

| Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼ |

Previous | Next | Back to Messages                    Save Message Text | Full Headers

| Check Mail | Compose |                    | Search Mail | Search the Web |

Copyright 2007 © Yahoo! Inc.  Privacy Policy | Terms of Service | Send Feedback | Help




Case 3:07-cv-05003-TEH    Document 1    Filed 09/27/2007    Page 30 of 37

AT&T Yahoo! Mail - enyinwalaw@sbcglobal.net                                    Page 1 of 7

AT&T Yahoo! Mail

**at&t**  **YAHOO!** MAIL Classic

Search: [                    ]    **Web Search**

Welcome, **enyinwalaw@sbcglo...**    Mail Home  All-New Mail  Tutorials  Help
[Sign Out, Member Center]

ORCHARD BANK

*The best card for people
with bad credit.*

ORCHARD BANK ☰
*APPLY NOW →*

| **Mail** | **Addresses** | **Calendar** | **Notepad** | **Mail For Mobile - Mail Upgrades - Options** |

**Check Mail**    **Compose**    [                    ]    **Search Mail**    **Search the Web**

See your credit
score - free

**Folders**    [Add - Edit]

**Inbox (504)**
Draft
Sent
**Bulk (397)**  [Empty]
Trash    [Empty]

**Search Shortcuts**

My Photos
My Attachments

Netflix
Try for Free!

Netflix
Only $4.99/mo.

Online Degree
Programs

$150,000 Mortgage
Only $483/Month!

Previous | Next | Back to Messages

**Delete**    **Reply** ▾    **Forward** ▾    **Spam**    **Move...** ▾

This message is not flagged. [ Flag Message - Mark as Unread ]                     Printable Vie

**Date:**    Wed, 26 Sep 2007 14:14:43 -0700 (PDT)

**From:**    ☺ "Ellen Krengel" <ekrengel@yahoo.com> 📇 Add to Address Book 📱 Add Mobile Alert
Yahoo! DomainKeys has confirmed that this message was sent by yahoo.com. Learn more

**Subject:**    ✍ Fwd: RE: FW: 2007EU00002578

**To:**    enyinwalaw@sbcglobal.net

Note:  forwarded  message  attached.

**Forwarded Message** [ Download File ]

**Subject:**    RE: FW: 2007EU00002578

**Date:**    Wed, 26 Sep 2007 17:46:52 +0200

**From:**    "Duwan, Gottlieb J" <DuwanGJ@state.gov>

**To:**    "Ellen Krengel" <ekrengel@yahoo.com>

**CC:**    rdivine@bakerdonelson.com, "Legal, Net" <LegalNet@state.gov>

**Plain Text Attachment** [ Scan and Save to Computer ]

Dear  Ms.  Krengel,

I am not in a position to elaborate on the details of the remaining
administrative processing.  However, as you are well aware, the
 issuance
of immigrant visas, including diversity visas, involves coordination
among multiple U.S. Government agencies.  Embassy Stockholm cannot
adjudicate this visa until administrative processing by all federal
agencies involved in the case has been completed.  The Embassy is
therefore also not in a position to accelerate adjudication meet a
deadline.

Sincerely,

Gottlieb J. Duwan
Vice Consul
U.S. Embassy Stockholm


-----Original Message-----
From: Ellen Krengel [mailto:ckrengel@yahoo.com]
Sent: Friday, September 21, 2007 6:31 PM
To: Duwan, Gottlieb J
Cc: rdivine@bakerdonelson.com; Legal, Net
Subject: RE: FW: 2007EU00002578

Dear Sir,
Can you please explain exactly what "administrative processing" you a
referring to?
We only have 5 business days left in the fiscal year.
Thank you for your prompt response.
Kind regards,
Ellen Krengel
--- "Duwan, Gottlieb J" <DuwanGJ@state.gov> wrote:

> Dear Ms. Krengel,
>
> Embassy Stockholm was able to conduct the telephone interviews
> requested.  Thank you for your cooperation.
> However, no visa can be
> issued until the conclusion of additional administrative processing
> required in this case.  We will notify you once this processing has
> been completed.
>
> Sincerely,
>
> Gottlieb J. Duwan
> Vice Consul

> U.S. Embassy Stockholm
>
> -----Original Message-----
> From: Ellen Krengel [mailto:ekrengel@yahoo.com]
> Sent: Wednesday, September 19, 2007 8:42 PM
> To: Duwan, Gottlieb J
> Cc: rdivine@bakerdonelson.com
> Subject: RE: FW: 2007EU00002578
>
> Dear Sir,
> Please advise us immediately if you require any further documentati
>
> in connection with the above-referenced matter.  As you know, the
> DV2007 program ends at the end of September 2007.
> We believe that Ms. Norgren is eligible for DV derivative status,
> pursuant to 9FAM42.33Note6.6 (attached).  We submit that she has
> provided all of the required and requested information.  In additio
>
> we believe that your staff conducted the requested phone interviews
> with the applicant's husband and father.
> We urge you to issue the visa without further delay.
>
> PLEASE RESPOND and advise if, and when, you intend to issue the vis
> We appreciate your immediate attention in this matter.
> Kind regards,
> Ellen Krengel
> --- "Duwan, Gottlieb J" <DuwanGJ@state.gov> wrote:
>
> > Dear Ms. Krengel,
> >
> > In order to conclude our investigation as quickly
> as possible, please
> > contact Mr. Svensborn and ask him to call us at
> 07:00 PST on +46 8 783
>
> > 5425.  This is a direct line to the the staff
> member who will conduct
> > the phone interview.  Please also contact Mrs.
> > Norgren's parents and ask
> > them to call us at the same number at 15:30 local
> time in Sweden.
> >
> > Sincerely,
> >
> > Gottlieb Duwan
> > Vice Consul
> > U.S. Emabssy Stockholm

Case 3:07-cv-05003-TEH    Document 1    Filed 09/27/2007    Page 33 of 37

AT&T Yahoo! Mail - enyinwalaw@sbcglobal.net                                    Page 4 of 7

```
> >
> >
> >     _____
> >
> > From: ekrengel@yahoo.com
> [mailto:ekrengel@yahoo.com]
> >
> > Sent: Friday, September 07, 2007 12:18 PM
> > To: Duwan, Gottlieb J
> > Cc: Legal, Net; Edson, Tony A; Hahn, Luisa M
> > Subject: RE: FW: 2007EU00002578
> >
> >
> >
> > Dear Sir,
> > Thank you for confirming that you have received
> ALL of the items you
> > requested on OF194. Please note that ,I call Mr.
> > Svensborn regularly on
> > his mobile phone 650-921-1317, so I know that it
> is "a working
> > telephone number." This exact phone number was
> also provided for him
> > on Ms.
> > Norgren's form DS230 part I, previously submitted.
> > He just started a new
> > job recently, I don't believe that I have that
> phone number. I can ask
> >
> > him for it, and get it to you soon. But, it's
> probably best if any
> > personal calls are made to his personal mobile.
> > As you know, this DV2007 case must be adjudicated
> quickly, if Ms.
> > Norgren, the following to join spouse is to enter
> the US before the
> > end of this month, and the sunset of the DV2007
> program.
> > We urge you to
> > adjudicate the case immediately, to prevent a
> catastrophe (read:
> > international separation) for the young couple.
> > By way of background, on Aug 16, your e! mbassy
> gave Ms. Norgren an
> > OF194 asking for additional items relating to her
> marriage, in
> > addition to the US marriage certificate had been
> submitted previously.
```

```
>
> > That OF194 did NOT include a request for any
> additional family
> > member's phone numbers. Ms. Norgren diligently
> assembled and mailed
> > the requested items to the embassy within a week.
> To follow-up, I
> > faxed the embassy on Aug 23, to ask if any
> additional items were
> > needed. The very next day I received a fax from
> the embassy with the
> > exact same
> > OF194 dated Aug 16
> > that my client had been given in hand on Aug 16,
> and to which she had
> > responded. At my direction, my client sent another
> copy of the items
> > previously sent along with some additional
> documents that she had
> > received from her husband in CA, (photos, cards, US
> lease, Swedish tax
> > registry) .
> >
> > In addition to those items, I just provided you
> Mr.
> > Svensborn's mobile
> > phone number (previously provided) above. I can't
> seem to find a phone
>
> > number in my fil! e for Lisa's parents, although I
> do have one for
> > Lisa.
> > Nevertheless, it seems that at least one employee
> at the embassy has
> > obtained the number of her parents, her former
> employers ,her·husband
> > and others, and has been calling them repeatedly.
> > Apparently this
> > Swedish national, employed by the embassy. has
> been calling and
> > leaving threatening, upsetting and inappropriate
> messages in the
> > Swedish language for Lisa, her parents, husband
> and former employers.
> > Evidently this employee often calls the family at
> impossible times
> > (when he should know that he won't be able to
```

```
> reach the person he's
> > calling). For example, Lisa's husband, Peter
> Svensborn received a
> > voice mail message (in the VERY early morning
> hours last Friday while
> > he slumbered. N.B.
> > Lisa told me that his mobile phone doesn't even
> work in his bedroom,
> > so she text messages him). The caller did not
> leave a phone number at
> > which he could be reached, but rather a fax
> number. The voice mails
> > left for Lisa are upsetting as the caller states
> threaten that she
> > will not be able to joi! n her husband in the US.
> > In more than 17 years of immigration practice
> (including a
> > considerable amount of consular work), I've never
> seen this type of
> > investigation, even in connection with an I130
> filing (where this type
>
> > of investigation is arguably justified). In fact,
> since the OF194 set
> > out clear requirements requesting certain
> documents - which were
> > quickly provided, we found these extracurricular
> calls confusing, and
> > upsetting. For that reason, and due to the 9 hour
> time difference
> > between Sweden and California), we believe that it
> is preferable to
> > receive written corresponence to satisfy any
> 221(g) issue directly
> > from an American consular officer, and not an FSN
> via· phone.
> > Furthermore, we believe it
> > is particularly inappropriate to contact Ms.
>
=== message truncated ===
```

**Delete**  |  **Reply**  ▾  |  **Forward**  ▾  |  **Spam**  |  **Move...**  ▾

Previous | Next | Back to Messages                    Save Message Text | Full Header

**Check Mail**  |  **Compose**                         **Search Mail**  |  **Search the Web**

Copyright 2007 © Yahoo! Inc.  Privacy Policy | Terms of Service | Send Feedback | Help

## DECLARATION OF PERSONAL SERVICE

RE: <u>Svensborn v. Gonzalez,</u>

I, the undersigned, declare that I am over 18 years of age and not a party to the within cause; my business address is 807 Montgomery Street San Francisco, CA 94133. On September 27, 2007, I served a true copy of the attached Petition for Writ of Mandamus by electronic mail on each of the following, by placing same in an envelope (or envelopes) addressed (respectively) as follows:

**Gottlieb J. Duwan**
**Vice Consul**
**U.S. Embassy Stockholm**

By Personal Service on Respondents Gonzalez and Rice at:

**United States Attorney's Office**
**450 Golden Gate Avenue**
**11th Floor**
**San Francisco, CA 94102**
**Phone: (415) 436-7200**
**Fax: (415) 436-7234**
**TTY: (415) 436-7221**

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed on July 11, 2005 at San Francisco, California.

Emmanuel Enyinwa
Declarant.