SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AKE PETER GERHARD SVENSBORN and LISA ULRIKA NORGREN, <br><br>Petitioners, <br><br>v. <br><br>PETER D. KEISLER, Attorney General of the United States; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; CONDOLEEZA RICE, Secretary of State; GOTTLIEB DUWAN, Vice Consul, United States Embassy in Stockholm, Sweeden, <br><br>Respondents. | No. C 07-5003 TEH <br><br>DECLARATION OF MELANIE PROCTOR |

I, Melanie Proctor, declare and state as follows:

1.   I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

2.   Contrary to Petitioners' allegations, Petitioner Norgren's visa application has been denied. State Department officials have provided me with the attached "screen shot," which shows that Petitioner's application was refused on August 16, 2007.

PROCTOR DECLARATION
C 07 5003 TEH                                    1

1      3.     The refusal code "G" indicates that the application was refused pursuant to 8 U.S.C. § 1201(g), for failure to submit requested documents.

     4.     I have reviewed the investigative report relating to Petitioners' application. The report establishes that the United States Consulate has a rational basis for refusing Petitioners' application.

     5.     Because the report is part of an ongoing investigation, it is not releaseable to Petitioners, or reviewable by the Court.

I declare that the foregoing is true under penalty of perjury.

Signed this 28th day of September, 2007, in San Francisco, California.

                                         /s/
                              MELANIE L. PROCTOR

PROCTOR DECLARATION
C 07 5003 TEH      2

