UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: September 28, 2007

**Case No:** C 07-05003 TEH

**Case Title**: AKE PETER GERHARD SVENSBORN v. ALBERTO GONZALEZ

**Appearances:**

    For Plaintiff(s): Emmanuel Enyinwa

    For Defendant(s): Melanie Proctor

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Sahar McVickar

### PROCEEDINGS

1. Hearing on the TRO - held

MOTION/MATTER:  ( ) Granted
                    ( ) Denied
                    ( ) Granted in part/Denied in part
                    (X) Taken under submission
                    ( ) Withdrawn/Off Calendar
                    ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff    ( ) Defendant    (X) Court