# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

FILED

RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SVENSBORN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

C 07 5003 TEH

ALBERTO GONZALEZ, MICHAEL CHERTOFF, CONDOLEEZA RICE, GOTTLIEB DUWAN.

TO: (Name and address of defendant) ALBERTO GONZALEZ, MICHAEL CHERTOFF, CONDOLEEZA RICE, GOTTLIEB DUWON

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EMMANUEL ENYINWA, ESQ.
LAW OFFICE OF EMMANUEL ENYINWA
807 MONTGOMERY ST.
SAN FRANCISCO, CA. 94133

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  SEP 27 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]  **DATE** |
| Name of SERVER  **TITLE** |
| *Check one box below to indicate appropriate method of service* |
| ☑ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: |
| ☐ Returned unexecuted: |
| ☐ Other (specify): |

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   September 27, 2007
          Date

Signature of Server

807 MONTGOMERY ST.
Address of Server
SAN FRANCISCO, CA 94133

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure