1  SCOTT N. SCHOOLS, SC 99990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE PROCTOR, CSBN 228971
4  Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-6730; FAX: (415) 436-6927

7  PETER D. KEISLER
   United States Department of Justice
8  Acting Attorney General
   ELIZABETH J. STEVENS, VSBN 47445
9  Senior Litigation Counsel
   Office of Immigration Litigation
10 CHRISTOPHER W. HOLLIS, ILBN 6283101
   Trial Attorney
11
        P.O. Box 878, Ben Franklin Station
12      Washington, D.C.  20044
        Telephone: (202) 616-1246; FAX: (202) 233-0397
13      Attorneys for Respondents

14                   UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                     SAN FRANCISCO, CALIFORNIA

17 AKE PETER GERHARD SVENSBORN        )
   and LISA ULRIKA NORGREN,           )   No. C-07-5003 TEH
18          Petitioners,              )
                                      )   NOTICE OF APPEARANCE
19      v.                            )
                                      )
20 PETER D. KEISLER, Acting Attorney General of  )
   the United States; MICHAEL CHERTOFF, )
21 Secretary, Department of Homeland Security; )
   CONDOLEEZZA RICE, Secretary of State; )
22 GOTTLIEB DUWAN, Vice Consul, United )
   States Embassy in Stockholm, Sweden, )
23          Respondents.              )
   _____)
24

1 **PLEASE TAKE NOTICE** that representation of the defendants in the above-entitled
2 proceeding will be by Elizabeth J. Stevens, Senior Litigation Counsel, as co-counsel with
3 Christopher W. Hollis, Trial Attorney, and Melanie Proctor, Assistant United States Attorney.

Respectfully submitted,

| | |
|---|---|
| SCOTT N. SCHOOLS<br>United States Attorney | PETER D. KEISLER<br>United States Department of Justice<br>Assistant Attorney General, Civil Division |
| JOANN M. SWANSON<br>Assistant United States Attorney<br>Chief, Civil Division | ELIZABETH J. STEVENS<br>Senior Litigation Counsel<br>Office of Immigration Litigation |
| MELANIE PROCTOR<br>Assistant United States Attorney | CHRISTOPHER W. HOLLIS<br>Trial Attorney |

Dated: October 15, 2007        By:   /s/
                                     ELIZABETH J. STEVENS

**CERTIFICATE OF SERVICE**

Case No. C-07-5003 TEH

    I hereby certify that on this 15th day of October 2007, one copy of the foregoing NOTICE OF APPEARANCE was served on counsel for Petitioners via the district court ECF system which will send notification of such filing to the following ECF filers:

Emmanuel Enyinwa
Enyinwalaw@sbcglobal.net
Melanie Proctor
Melanie.Proctor@usdoj.gov
United States Attorney's Office
Elizabeth J. Stevens
Elizabeth.Stevens@usdoj.gov
Department of Justice, Office of Immigration Litigation

                                               /s/
                                      ELIZABETH J. STEVENS
                                      Senior Litigation Counsel
                                      Office of Immigration Litigation
                                      Civil Division
                                      U.S. Department of Justice
                                      Post Office Box 878, Ben Franklin Station
                                      Washington, D.C.  20044