# CERTIFICATE OF SERVICE

Case No. C-07-5003-TEH

       I hereby certify that on this 15th day of October 2007, one copy of the foregoing Supplemental Opposition to Petition for Writ of Mandamus was served on counsel for Petitioners via the district court ECF system which will send notification of such filing to the following ECF filers:

Melanie Proctor
Melanie.Proctor@usdoj.gov
United States Attorney's Office
Elizabeth J. Stevens
Elizabeth.Stevens@usdoj.gov
Department of Justice, Office of Immigration Litigation

       In addition, I hereby certify that on this 15th day of October 2007, a true and correct copy of the ***SUPPLEMENTAL OPPOSITION TO PETITION FOR WRIT OF MANDAMUS CASES SHOULD BE RELATED*** was served by e-mail and Federal Express next-day delivery on the following non-ECF filers:

Emmanuel Enyinwa
Enyinwalaw@sbcglobal.net
Law Office of Emmanuel Enyinwa
807 Montgomery Street
San Francisco, California 94133

                                  /s/
                          ELIZABETH J. STEVENS
                          Senior Litigation Counsel
                          Office of Immigration Litigation
                          Civil Division
                          U.S. Department of Justice
                          Post Office Box 878, Ben Franklin Station
                          Washington, D.C. 20044