# **CERTIFICATE OF SERVICE**

Case No. C-07-5003 TEH

    I hereby certify that on this 15th day of October 2007, one copy of the foregoing NOTICE OF APPEARANCE was served on counsel for Petitioners via the district court ECF system which will send notification of such filing to the following ECF filers:

Melanie Proctor
Melanie.Proctor@usdoj.gov
United States Attorney's Office
Elizabeth J. Stevens
Elizabeth.Stevens@usdoj.gov
Department of Justice, Office of Immigration Litigation

    In addition, I hereby certify that on this 15th day of October 2007, a true and correct copy of the ***NOTICE OF APPEARANCE*** was served by e-mail and Federal Express next-day delivery on the following non-ECF filers:

Emmanuel Enyinwa
Enyinwalaw@sbcglobal.net
Law Office of Emmanuel Enyinwa
807 Montgomery Street
San Francisco, California 94133


                                             /s/
                              ELIZABETH J. STEVENS
                              Senior Litigation Counsel
                              Office of Immigration Litigation
                              Civil Division
                              U.S. Department of Justice
                              Post Office Box 878, Ben Franklin Station
                              Washington, D.C. 20044