UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:** Thelton E. Henderson

**Date**: November 5, 2007

**Case No:** C 07-05003 TEH

**Case Title**: AKE PETER GERHARD SVENSBORN, et al.  v. ALBERTO GONZALEZ, et al.

**Appearances:**

    For Plaintiff(s): Emmanuel Enyinwa

    For Defendant(s): Christopher Hollis, Elizabeth Stevens, Melanie Proctor

**Deputy Clerk**: Rowena B. Espinosa       **Court Reporter**: Lydia Zinn

## *PROCEEDINGS*

1. Further Hearing on the TRO - held

MOTION/MATTER:  ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                (X) Taken under submission
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff   ( ) Defendant   (X) Court