THE FOREIGN SERVICE OF THE UNITED STATES OF AMERICA
Immigrant Visa Unit
American Embassy
Dag Hammarskjolds Vag 31
115 89 Stockholm
TEL: 46-8-783 5370
FAX: 46-8-660 5879
www.usemb.se
www.uscis.gov

August 16, 2007

Dear Visa Applicant: NORGREN, Lisa Ulrika

This office regrets to inform you that it is unable to issue a visa to you because you have been found ineligible to receive a visa under the following section(s) of the Immigration and Naturalization Act:

x   Section 221(g)   which prohibits the issuance of a visa to anyone who fails to present the documents requested in connection with this visa application. If you fail to present the document(s) requested below within one year, your application for an immigrant visa will be cancelled and any petition approved in your behalf will be returned to the Immigration and Naturalization Service.

X   DV refusal   The number of DV visas issued each year is limited by law. Even if you are otherwise qualified you cannot receive a visa if this limit has already been reached. There is no reason to expect that a visa number will be available for your case if it is not processed to conclusion during the month of your originally scheduled visa interview. The longer you wait to resolve the issues remaining in your case, the lower the likelihood that a DV visa will be available to you.

You have been found ineligible under this (these) ground(s) of ineligibility because:

1. Please provide a new Swedish tax authority "Personbevis" that includes the full details of your birth (including the names of your parents) and reflects your marital status. Please request the English version.

2. Please also present documents in order to establish the relationship with Mr. and Mrs. Peters Svensson. Such evidence could be photos of you and your spouse together taken over a period of time, letters, joint bank accounts, copies of any lease, rental or purchase agreements.

Once the above items are provided, we will review your case. If all documents are in order, your visa package will be issued and mailed to you by registered mail to your local Swedish address.

Sincerely,

American Consul

OPTIONAL FORM 194 (REV. 1-80)
DEPARTMENT OF STATE
50191-103