

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 21 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: AKE PETER GERHARD SVENSBORN; LISA ULRIKA NORGREN. <br><br> AKE PETER GERHARD SVENSBORN; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, <br><br> Respondent, <br><br> MICHAEL B. MUKASEY, Attorney General; et al., <br><br> Real Parties in Interest. | No. 07-74770 <br><br> D.C. No. CV-07-05003-TEH <br> Northern District of California, <br> San Francisco <br><br> ORDER <br><br> **FILED** <br> FEB 2 5 2008 <br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA |

Before: WALLACE, LEAVY and RYMER, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is

07-74770

**DENIED.**

MOATT                                2

```
A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

        FEB 2 1 2008

by: _____
         Deputy Clerk
```

```
INTERNAL USE ONLY: Proceedings include all events.
07-74770 Svensborn, et al v. USDC-CAN
```

In re: AKE PETER GERHARD
SVENSBORN


In re: LISA ULRIKA NORGREN



--------------------------

| | |
|---|---|
| AKE PETER GERHARD SVENSBORN<br>    Petitioner | Emmanuel Enyinwa, Esq.<br>FAX 415/296-8841<br>415/956-6100<br>[COR LD NTC ret]<br>LAW OFFICE OF EMMANUEL ENYINWA<br>807 Montgomery St.<br>San Francisco, CA 94133 |
| LISA ULRIKA NORGREN<br>    Petitioner | Emmanuel Enyinwa, Esq.<br>(See above)<br>[COR LD NTC ret] |
|   v. | |
| UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF<br>CALIFORNIA<br>    Respondent | No appearance<br>[NTC]<br>No Address<br>Generic Address<br>City, |
| ALBERTO R. GONZALES, Attorney<br>General<br>    Real Party in Interest | Elizabeth J. Stevens, Esq.<br>FAX 202/307-0592<br>202/616-9752<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Civil Div./Office of Immigration Lit.<br>P.O. Box 878, Benjamin Franklin Station<br>Washington, DC 20044<br><br>Melanie L. Proctor<br>FAX 436-9627<br>(415) 436-6730<br>[COR LD NTC aus]<br>U.S. ATTORNEY'S OFFICE<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| MICHAEL CHERTOFF<br>    Real Party in Interest | Elizabeth J. Stevens, Esq.<br>(See above)<br>[COR LD NTC gov] |